**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO**

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>      Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 98.224.106.151,<br><br>      Defendant. | Case Number: 1:16-cv-01069-AWI-SKO<br><br>**ORDER ON PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME WITHIN WHICH IT HAS TO SERVE DEFENDANT WITH A SUMMONS AND COMPLAINT**<br><br>**(Doc. 14)** |

THIS CAUSE came before the Court upon Plaintiff's Second Motion for Extension of Time Within Which it Has to Serve Defendant with a Summons and Complaint (the "Motion"), and the Court being duly advised hereby:

ORDER AND ADJUDGES that Plaintiff's Motion is granted.  Plaintiff shall have until March 19, 2017, to effectuate service of a summons and complaint on Defendant.

IT IS SO ORDERED.

Dated:   **December 19, 2016**          /s/ *Sheila K. Oberto*
                                                        UNITED STATES MAGISTRATE JUDGE